# EXHIBIT 1



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 12/12/2017

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Arthur J. Gallagher Risk Management Services, Inc.
250 Park Avenue, 5th Floor
New York NY 10177

**CONTACT NAME:**
**PHONE (A/C, No, Ext):** 212-994-7100
**FAX (A/C, No):** 212-994-7047
**E-MAIL ADDRESS:**

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Starr Indemnity & Liability Company | 38318 |
| INSURER B : American Guarantee and Liability Ins Co | 26247 |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED** CONTDEM-01
Controlled Demolition, Inc.
PO Box 306
Phoenix, MD 21131

## COVERAGES
**CERTIFICATE NUMBER:** 364568704  **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | COMMERCIAL GENERAL LIABILITY [X] CLAIMS-MADE [X] OCCUR | X | | 1000025358171 | 2/25/2017 | 2/25/2018 | EACH OCCURRENCE | $1,900,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $100,000 |
| | | | | | | | MED EXP (Any one person) | $5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,900,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY [X] PRO-JECT [X] LOC OTHER: | | | | | | GENERAL AGGREGATE | $1,900,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $1,900,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY [X] ANY AUTO OWNED AUTOS ONLY / SCHEDULED AUTOS / HIRED AUTOS ONLY / NON-OWNED AUTOS ONLY | | | SISIPCA08202517 | 2/25/2017 | 2/25/2018 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | [X] UMBRELLA LIAB [X] OCCUR [X] EXCESS LIAB CLAIMS-MADE | | | SXS 0111549-02 | 2/25/2017 | 2/25/2018 | EACH OCCURRENCE | $100,000 |
| | | | | | | | AGGREGATE | $100,000 |
| | DED RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N/A (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | PER STATUTE / OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
See Attached

**CERTIFICATE HOLDER**
Spirtas Wrecking Company
951 Skinker Parkway
St. Louis MO 63112

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)  The ACORD name and logo are registered marks of ACORD

# ACORD® ADDITIONAL REMARKS SCHEDULE

| AGENCY | NAMED INSURED |
|---|---|
| Arthur J. Gallagher Risk Management Services, Inc. | Controlled Demolition, Inc. |
| **POLICY NUMBER** | PO Box 306 |
| | Phoenix, Maryland 21131 |
| **CARRIER** | **NAIC CODE** | |
| | | **EFFECTIVE DATE:** |

## ADDITIONAL REMARKS

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,
FORM NUMBER: _____  FORM TITLE: _____

| | |
|---|---|
| PROJECT NAME: | DUKE ENERGY WABASH RIVER STATION CHIMNEY (PHASE I) |
| LOCATION: | Terre Haute, Indiana |
| CDI PROJECT #: | 17-107 |
| CERTIFICATE HOLDERS: | MAIN DEMOLITION CONTRACTOR |
| | Spirtas Wrecking Company |
| | 951 Skinker Parkway |
| | St. Louis, Missouri 63112 |
| PROJECT DURATION: | January 21, 2018 – January 28, 2018 |
| GENERAL LIABILITY LIMITS: | $2 Million |
| AUTO POLICY LIMITS: | $1 Million including MCS-90 Endorsement |
| PROJECT DESCRIPTION: | Explosives preparation and felling of the 450' tall reinforced concrete Units #1 - #6 Chimney. |
| CONTRACT VALUE: | $124,300 |
| EXPOSURES: | North: Open for 85' to Training Building to remain. |
| | South: Open for 82' to station drains and sumps to remain. |
| | East: Open for 30' to Unit #1 and #2 Crib House to remain. |
| | West: Open for 132' to railroad tracks to remain. |
| | Below: There are no improvements or utilities to remain in or under the fall path of the structure. |
| ADDITIONAL INSUREDS: | MAIN DEMOLITION CONTRACTOR |
| | Spirtas Wrecking Company |
| | 951 Skinker Parkway |
| | St. Louis, Missouri 63112 |
| | PROPERTY OWNER |
| | Duke Energy Corporation, LLC |
| | 522 South Church Street |
| | Charlotte, North Carolina 28202 |
| SPECIAL WORDING: | The parties listed above are named as additionally insured pursuant to and subject to policy terms, conditions, definitions and exclusions as respects CDI's sole operations in the detonation of explosives charges in the performance of the project described herein. |
| | A Waiver of Subrogation is offered in favor of the parties listed above. |
| | This coverage is primary and noncontributory. |



| | | CONTDEM-01 | TIMG |
|---|---|---|---|
| | **CERTIFICATE OF LIABILITY INSURANCE** | | DATE (MM/DD/YYYY) 12/11/2017 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Bruce F Grau & Associates Inc<br>117 Church Lane<br>Hunt Valley, MD 21030 | PHONE (A/C, No, Ext): (410) 666-5911 | | FAX (A/C, No): (410) 667-4667 |
| | E-MAIL ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Chesapeake Employers Insurance Company | | 11039 |
| INSURED<br>Controlled Demolition, Inc.<br>DML Corporation<br>PO Box 306<br>Phoenix, MD 21131 | INSURER B : ZURICH AMERICAN INS CO OF IL | | 27855 |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

**COVERAGES**     **CERTIFICATE NUMBER:**     **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY**<br>☐ CLAIMS-MADE ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY ☐ PROJECT ☐ LOC<br>☐ OTHER: | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| | **AUTOMOBILE LIABILITY**<br>☐ ANY AUTO<br>☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR<br>☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | DED ☐ RETENTION $ | | | | | | | $ |
| A | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? **N** (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | 2119129 ABC | 12/31/2017 | 12/31/2018 | X PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| B | Workers Compensation | | | WC 4643889 | 12/31/2017 | 12/31/2018 | See Attached | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
PROJECT NAME: DUKE ENERGY WABASH RIVER STATION CHIMNEY (PHASE I)
LOCATION: Terre Haute, Indiana
CDI PROJECT #: 17-107
PROJECT DURATION: December 4, 2017 – December 16, 2017

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Spirtas Wrecking Company<br>951 Skinker Parkway<br>Saint Louis, MO 63112 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*[signature]* |

ACORD 25 (2016/03)     © 1988-2015 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

# ACORD

## ADDITIONAL REMARKS SCHEDULE

Page 1 of 1

| AGENCY | NAMED INSURED |
|---|---|
| Bruce F Grau & Associates Inc | Controlled Demolition, Inc.<br>DML Corporation<br>PO Box 306<br>Phoenix, MD 21131 |
| **POLICY NUMBER**<br>SEE PAGE 1 | |
| **CARRIER**<br>SEE PAGE 1 | **NAIC CODE**<br>SEE P 1    EFFECTIVE DATE: SEE PAGE 1 |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,
FORM NUMBER: ACORD 25    FORM TITLE: Certificate of Liability Insurance

Other States Workers Compensation Coverage:
- Each Accident: $1,000,000
- Disease, Policy Limit: $1,000,000
- Disease, Each Employee: $1,000,000